```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA          :    TRANSPORTATION ORDER

     - v -                        :    22-cr-00321 (JMF)

Ronald Rogers,                    :

               Defendant.         :

----------------------------------x
```

Upon the application of **Ronald Rogers**, by his attorney, **Ian Amelkin Marcus, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby **ordered** that the United States Marshals Service furnish Ronald Rogers with funds to cover the cost of travel between Atlanta, Georgia, and New York City, New York, on Thursday, June 30, 2022; **Ordered** that Mr. Rogers's flight is scheduled as early in the day as possible, so that Mr. Rogers can make his court appointment at 3:00 p.m.;

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service. The Clerk of Court is directed to terminate Doc. #11. The parties are directed to provide a copy of the order the USMS.

Dated:  New York, New York
        June 15, 2022

_____
**HON. Jesse M. Furman, USDJ**