UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                       :

UNITED STATES OF AMERICA,                 :

                                  :

             -v-                      :         22-CR-321 (JMF)

                                  :

RONALD ROGERS, et al,                  :           <u>REVISED</u>

                                  :      <u>SCHEDULING ORDER</u>

                  Defendant.         :

                                  :

-------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

      IT IS HEREBY ORDERED that the conference previously scheduled for November 15,

2022, is RESCHEDULED for **November 16, 2022**, at **3:00 p.m.** in **Courtroom 1105** of the

Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated:  November 9, 2022

         New York, New York             _____

                                           JESSE M. FURMAN

                                    United States District Judge