**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 23, 2023

<u>Via ECF</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application GRANTED. The Clerk of Court is directed to terminate Docket No. 36.

SO ORDERED.

January 24, 2023

Re:   <u>United States v. Ronald Rogers</u>
      22-cr-00321-JMF-1

Dear Judge Furman:

  I write with the consent of Pretrial Services and the Government to respectfully request the Court allow Mr. Rogers to move from Georgia to the Southern District of New York at an address known to Pretrial Services. Mr. Rogers's home was damaged from severe weather and is no longer safe to stay at. Pretrial will conduct a home visit of his new apartment and coordinate the transfer of supervision.

  Thank you for your consideration of this matter.

              Respectfully submitted,

              Ian Marcus Amelkin, Esq.
              Assistant Federal Defender
              (212) 417-8733

cc:   AUSA Matthew King, Esq.