**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 4, 2023

**Via ECF**

The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   United States v. Ronald Rogers
      22-cr-00321-JMF-1

Dear Judge Furman:

    I write with the consent of Pretrial and the Government to respectfully request the Court temporarily modify Mr. Rogers's pretrial bail conditions to allow him to attend his cousin's funeral in the Eastern District of New York on April 8, 2023. The funeral event will be from 9 AM to 530 PM, and I respectfully request leave for him to be out of the home from 730 AM to 7 PM to allow for travel on both ends. Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Ian Marcus Amelkin, Esq.
(212) 417-8733

cc:   AUSA Matthew King, Esq.

Application GRANTED. The Clerk of Court is directed to terminate Docket No. 38.

SO ORDERED.

April 4, 2023