**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 11, 2023

**Via ECF**

The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. The Clerk of Court is directed to terminate Doc. #41. SO ORDERED.

*[signature]*
May 11, 2023

Re: <u>United States v. Ronald Rogers</u>
22-cr-00321-JMF-1

Dear Judge Furman:

    I write with the consent of Pretrial and the Government to respectfully request the Court temporarily modify Mr. Rogers's pretrial bail conditions to allow him to attend his nephew's graduation in the Southern District of New York on June 23, 2023 from 9 AM to 6 PM. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *[signature]*

Ian Marcus Amelkin, Esq.
(212) 417-8733

cc: AUSA Matthew King, Esq.