**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 21, 2023

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*Application GRANTED as unopposed. See ECF No. 46. The Clerk of Court is directed to terminate ECF No. 45. SO ORDERED.*

*June 23, 2023*

Re:   **United States v. Ronald Rogers**
         22-cr-00321-JMF-1

Dear Judge Furman:

    I write at the suggestion of Pretrial Services to request the Court reduce Mr. Rogers's bail conditions from home detention to a curfew enforced by location monitoring. Pretrial makes this recommendation because Mr. Rogers has been compliant with the terms of his home detention since his release in May 2022. He attends church weekly, is building a business, and is in a stable relationship with his partner.

    In the alternative, the defense requests leave for Mr. Rogers to celebrate his birthday at an indoor skydiving facility in the Southern District of New York on Saturday, June 24, 2023. This leave would not be necessary should the Court reduce Mr. Rogers's supervision to a curfew.

    The Government opposes either request. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Ian Marcus Amelkin*

Ian Marcus Amelkin, Esq.
(212) 417-8733

cc:   AUSA Matthew King, Esq.