**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 3, 2023

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. The Clerk of Court is directed to terminate Doc. #61. SO ORDERED.

*[signature]*

October 4, 2023

Re:   United States v. Ronald Rogers
      22-cr-00321-JMF-1

Dear Judge Furman:

  I write with the consent of Pretrial Services and the Government to request the Court temporarily modify Mr. Rogers's bail conditions to allow him to travel on October 6, 2023 to the Northern District of New York to pick up his nephew from college. Mr. Rogers will return the same day and provide his itinerary as well as updates to his Pretrial Officer. Thank for the Court's consideration.

Respectfully submitted,

/s/ *[signature]*
Ian Marcus Amelkin, Esq.
(212) 417-8733

cc:   AUSA Matthew King, Esq.