**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 7, 2023

**Via ECF**

The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   United States v. Ronald Rogers
      22-cr-00321-JMF-1

Dear Judge Furman:

    I write with the consent of the Government to respectfully request the Court temporarily modify Mr. Rogers's pretrial bail conditions to allow him to travel to the Northern District of Georgia (and points in between for the purpose of travel) from November 23–27, 2023 to celebrate Thanksgiving with his children and his mother. Pretrial objects as a matter of policy but notes Mr. Rogers's continued compliance with the terms of his release. Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Ian Marcus Amelkin, Esq.
(212) 417-8733

cc:   AUSA Matthew King, Esq.

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 68.

SO ORDERED.

November 7, 2023