# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 27, 2023

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Application GRANTED. The Clerk of Court is directed to terminate Doc. #72. SO ORDERED.

December 29, 2023

Re:   United States v. Ronald Rogers
       22 Cr 321 (JMF-1)

Dear Judge Furman:

    I write with the consent of Pretrial Services and the Government to respectfully request the Court allow Pretrial Services to remove Mr. Rogers's ankle monitor on January 2, 2024, the day before his voluntary surrender date at Fort Dix, so that he can proceed directly to the institution on the date of his surrender, January 3, 2024 without first going to 500 Pearl Street.

    Thank you for your consideration of this matter.

Respectfully submitted,

Ian Marcus Amelkin, Esq.
Assistant Federal Defender
(212) 417-8733

cc:   AUSA Matthew King, Esq.